ACCEPTED
03-15-00409-CV
12929829
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 3:11:52 PM
JEFFREY D. KYLE
CLERK

## Stephanie S. Bascon
### LAW OFFICE OF STEPHANIE S. BASCON PLLC

297 W. San Antonio Street
New Braunfels, Texas 78130
(830) 625-2940
(830) 221-3441 facsimile
sbascon@att.net

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/27/2016 3:11:52 PM

JEFFREY D. KYLE
Clerk

September 27, 2016

**VIA E-SERVICE**
Jeffrey D. Kyle
Clerk
Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

> Re:   Court of Appeals Number:   03-15-00409-CV
>         Trial Court Cause Number:   12-0361;
>
>         *Susan England v. Janice Kolbe as Guardian of the Estate of Edna Moon*

Dear Mr. Kyle:

This letter is in response to the court's letter regarding the oral argument in the above-referenced matter, currently scheduled for October 26, 2016 at 9:00 a.m.

The undersigned intends to present the oral argument on behalf of appellee, Janice Kolbe as Guardian of the Estate of Edna Moon.  We had previously requested oral argument and do not wish to waive that request.

Sincerely,

*/s/Stephanie S. Bascon*

Stephanie S. Bascon

cc:   Jonathan Hull
       David Junkin

Q:\SSBLawFirmDocs\Client files\Cases\Moon, Edna\Dist Ct suit\appeal\corr\COA L01.doc